No. 02–1553. Philip Morris USA Inc. *v.* Williams, Personal Representative of the Estate of Williams, Deceased. Ct. App. Ore. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co.* v. *Campbell,* 538 U. S. 408 (2003).

No. 02–1748. Chrysler Corp. *v.* Clark. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *State Farm Mut. Automobile Ins. Co.* v. *Campbell,* 538 U. S. 408 (2003).

No. 02–1752. Hughes Electronics Corp., Inc., et al. *v.* Garcia et al. Ct. App. Cal., 2d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Green Tree Financial Corp.* v. *Bazzle,* 539 U. S. 444 (2003).

No. 02–11173. Grant *v.* Oklahoma. Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wiggins* v. *Smith,* 539 U. S. 510 (2003).

No. 03–54. Wien & Malkin LLP et al. *v.* Helmsley-Spear, Inc. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Citizens Bank* v. *Alafabco, Inc.,* 539 U. S. 52 (2003) *(per curiam).*

No. 02–10724. Miller *v.* McCaughtry, Warden. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.